1124

No. 94–8782. WHEAT v. CASPARI, SUPERINTENDENT, MIS-SOURI EASTERN CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 94–8786. ADAMS v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 94–8791. JACKSON v. LOUISIANA. Ct. App. La., 4th Cir. Certiorari denied.

No. 94–8793. SCALICE v. MASSEY ET AL. Sup. Ct. Wash. Certiorari denied.

No. 94–8795. PATTERSON v. MOHS, ASSOCIATE WARDEN. Ct. App. Minn. Certiorari denied.

No. 94–8800. THOMAS v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT WAYMART, ET AL. C. A. 3d Cir. Certiorari denied.

No. 94–8802. SWAIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–8803. PHILLIPS v. GANJOO ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–8808. HICKS v. MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 94–8810. FARR v. WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–8815. JENSEN v. BERG ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–8820. LEE v. PRUETT, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 94–8821. MARTINEZ-SANDOVAL v. KIRSCH ET AL. Ct. App. N. M. Certiorari denied.

No. 94–8822. KITCHENS v. BECKHAM. C. A. 11th Cir. Certiorari denied.